UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IP Holdings L.L.C.,

                Plaintiff,

   -against-

Larry Hansel Clothing Company, LLC, et al.,

                Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 28, 2009
```

**09 Civ. 933 (PAC)**
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since February 3, 2009, and there having been no activity in this case since February 13, 2009, it is,

ORDERED, that the above-entitled action be and hereby is DISMISSED, without costs to either party, subject to reopening upon written communication from either party. Please visit my Individual Practices with respect to communications with chambers, specifically Rule 1A. The Clerk of Court is directed to close out this case.

Dated: New York, New York
        July 28, 2009

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

1